HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PBTM, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FOOTBALL NORTHWEST LLC and NFL PROPERTIES LLC, <br><br> Defendants. | No. 2:19-cv-02081-RSM <br><br> ORDER GRANTING STIPULATED MOTION TO SEAL |

This matter is before the Court on the Parties' Stipulated Motion to Seal the 2011 Agreement and 2014 Agreement between the parties. The Court having considered the motion and supporting documentation, it is hereby

ORDERED and ADJUDGED that the Stipulated Motion is GRANTED, and the above-referenced agreements shall remain sealed until further order by the Court.

DATED 17th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1 | *Presented by:*

2 | ENDEJAN LAW LLC                                VERNA LAW PC

3

4 |   *s/Judith A. Endejan*                           *s/Anthony M. Verna III*

5 | Judith A Endejan, WSBA #11016         Anthony M Verna III*
5109 23rd Avenue West                        80 Theodore Fremd Avenue
6 | Everett, WA. 98203                              Rye, NY 10580
Ph: 206-799-4843                                 Ph: 914-908-6757
7 | Email: jendejan@gmail.com               Email: anthony@vernalaw.com
                                                                                       *Admitted Pro Hac Vice*
8

                                          *Attorneys for Plaintiff*

9

10

11 | *Approved as to form:*

12 | FOSTER GARVEY PC                          CARNEY, BADLEY, SPELLMAN, P.S.

13 | *s/ Ben Hodges*                                    *s/ Mark Rosencrantz*
Benjamin J. Hodges, WSBA #49301    Mark Rosencrantz, WSBA 26552
14 | 1111 Third Avenue, Suite 3000            701 Fifth Avenue, Suite 3500
Seattle, Washington 98101-3292          Seattle. WA 98104
15 | Telephone: (206) 447-4400                 Phone: 206-622-8020
Facsimile: (206) 447-9700                    Email: rosencrantz@carneylaw.com
16 | Email: ben.hodges@foster.com

17 |                                                     *Attorneys for NFL Properties, LLC*

18 | *Attorneys for Football Northwest, LLC*

19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO SEAL  – 2
No. 2:19-cv-02081-RAJ

*Endejan Law, LLC*
*5109 23rd Ave. W*
*Everett, WA. 98203*