Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PBTM LLC,

    Plaintiff,

v.

FOOTBALL NORTHWEST LLC and NFL PROPERTIES LLC,

    Defendants.

NO. 2:19-cv-2081-RSM

NOTICE OF WITHDRAWAL OF **ASHLEY LONG ONLY** AS COUNSEL FOR DEFENDANT NFL PROPERTIES

**TO:**      THE CLERK OF THE COURT

**AND TO:**      ALL PARTIES OF RECORD AND THEIR COUNSEL

    **YOU AND EACH OF YOU PLEASE TAKE NOTICE** that the undersigned, Ashley Long, whose address and telephone number are stated below, hereby withdraws as Attorney of Record for Defendant NFL Properties.

    **YOU ARE FURTHER NOTIFIED** that Kenneth W. Hart, Mark Rosencrantz and Randolph J. Johnson and the law firm of Carney Badley Spellman **REMAIN** counsel of record for Defendant NFL Properties.

. . .

. . .

. . .

NOTICE OF WITHDRAWAL OF ASHLEY LONG ONLY AS COUNSEL FOR DEFENDANT NFL PROPERTIES – 1
(2:19-cv-2081-RSM)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

NFL003-0001 6586753

This withdrawal will be effective immediately.

DATED this 21st day of May, 2021.

**WITHDRAWING COUNSEL:**

CARNEY BADLEY SPELLMAN, P.S.

　_/s/ Ashley Long_
Ashley Long WSBA #45738
Attorneys for Plaintiffs/Appellants
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

NOTICE OF WITHDRAWAL OF ASHLEY LONG ONLY AS COUNSEL FOR DEFENDANT NFL PROPERTIES – 2
(2:19-cv-2081-RSM)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

NFL003-0001 6586753

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2021, I electronically filed the foregoing **Withdrawal of Counsel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Judith A Endejan
ENDEJAN LAW LLC
5109 23nd Avenue West
Everett, WA 98203
Tel: 206-799-4843
jendejan@gmail.com

**Attorneys for Plaintiff**
Anthony M Verna, III
VERNA LAW PC
80 Theodore Fremd Avenue
Rye, NY 10580
Tel: 914-908-6757
anthony@vernalaw.com

**Attorneys for Defendant Football Northwest**
Tim J. Filer
Benjamin Hodges
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Tel: 206-447-4400
tim.filer@foster.com
ben.hodges@foster.com

DATED this 21st day of May, 2021.

　　　　　　　　　　　　　　　　　　／s／ Lana Ramsey
　　　　　　　　　　　　　　　　　　Legal Assistant

NOTICE OF WITHDRAWAL OF ASHLEY LONG ONLY AS COUNSEL FOR DEFENDANT NFL PROPERTIES – 3
(2:19-cv-2081-RSM)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

NFL003-0001 6586753