UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PBTM LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FOOTBALL NORTHWEST LLC and NFL PROPERTIES LLC,<br><br>　　　　Defendants. | NO. 19-cv-2081RSL<br><br>**STIPULATED MOTION TO STRIKE SELECTED PORTIONS OF THE FOURTH AMENDED COMPLAINT** |

STIPULATED MOTION AND ORDER STRIKING SELECTED
PORTIONS OF THE FOURTH AMENDED COMPLAINT
CASE NO. 19-CV-2081RSL

Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3296
Phone (206) 447-4400 Fax (206) 447-9700

## I. STIPULATION & JOINT MOTION

Plaintiff PBTM, LLC ("PBTM") and defendants Football Northwest LLC ("Seahawks") and NFL Properties LLC ("NFL"), through their counsel of record, stipulate to and jointly move the Court to enter an order striking certain sections of the Fourth Amended Complaint to comport with this Court's Order Granting in Part Defendants' Motions to Dismiss (Dkt. # 58) for the purpose of Defendants' responses to PBTM's Fourth Amended Complaint.

In support of this Stipulation and Joint Motion, the Parties state as follows:

1. PBTM filed its Fourth Amended Complaint on February 4, 2021 (Dkt. # 47).

2. Both the NFL and the Seahawks filed Motions to Dismiss the Fourth Amended Complaint on March 11, 2021 (Dkt. ## 48 and 49) (the "Motions to Dismiss").

3. The Court partially granted said Motions to Dismiss on March 7, 2022 (Dkt. # 58).

4. The Court's Order dismissed Counts 3 (breach of the duty of good faith and fair dealing), 4-7 (antitrust), 8 (trademark infringement), and 9 (rescission) (collectively "the Dismissed Counts").

5. The Court did not dismiss Counts 1 and 2 seeking certain declaratory relief regarding PBTM's alleged right to register trademarks before the USPTO and cancellation of certain Seahawks' trademarks.

6. The Parties subsequently met and conferred regarding which portions of the Fourth Amended Complaint relate to the Dismissed Counts and therefore no longer require a pleading response from the NFL or Seahawks.

7. Attached as Exhibit 1 is a copy of the Fourth Amended Complaint showing agreed upon proposed deletions to the Fourth Amended Complaint that the Parties agree are related to the Dismissed Counts and thus do not need a pleading response after the Order on the Motions to Dismiss.

STIPULATED MOTION TO STRIKE SELECTED PORTIONS OF THE FOURTH AMENDED COMPLAINT
CASE NO. 19-CV-2081RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

8. The Parties request that the Court grant this Motion, after which time both the NFL and the Seahawks can respond to the remaining allegations in the Fourth Amended Complaint. This Motion is made without prejudice to any of the Parties' rights to an appeal from the rulings granting the Motions to Dismiss or the Court's previous Order Re: Defendants' Motions to Dismiss and Plaintiff's Motion for Leave to Amend (Dkt. # 46), which remain preserved. By agreeing to this Order, the Seahawks and NFL are not admitting or conceding any of the remaining allegations.

DATED this 26th day of April, 2022.

| ENDEJAN LAW LLC | FOSTER GARVEY PC |
|---|---|
| By *s/Judith A. Endejan*<br>    Judith A. Endejan, WSBA #11016<br>    Attorneys for Plaintiff | By *s/Tim J. Filer*<br>    Tim J. Filer, WSBA #16285<br>    Ben Hodges, WSBA #49301<br>    Attorneys for Defendant<br>    Football Northwest LLC |
| VERNA LAW PC | CARNEY BADLEY SPELLMAN P.S. |
| By *s/Anthony M. Verna, III*<br>    Anthony M. Verna, III, *pro hac vice*<br>    Attorneys for Plaintiff | By *s/Mark Rosencrantz*<br>    Mark Rosencrantz, WSBA #26552<br>    Kenneth W. Hart, WSBA #15511<br>    Randolph J. Johnson, WSBA #50129<br>    Attorneys for Defendant NFL Properties |

STIPULATED MOTION TO STRIKE SELECTED PORTIONS OF
THE FOURTH AMENDED COMPLAINT
CASE NO. 19-CV-2081RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

## II.  ORDER GRANTING LEAVE AND CONTINUING DEADLINES

This matter having come before the Court on the stipulation and joint request of the parties, the Court being fully informed and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Strike is granted and the indicated allegations of the Fourth Amended Complaint in Dkt. # 59 are hereby stricken.

2. The Seahawks and NFL shall answer or otherwise respond to the remaining allegations in the Fourth Amended Complaint within 21 days after the entry of this Order.

Dated this 27th day of April, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO STRIKE SELECTED PORTIONS OF
THE FOURTH AMENDED COMPLAINT
CASE NO. 19-CV-2081RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700