1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
10
11
12
13
14
15
16

| PBTM LLC, | NO. 19-cv-02081-RSL |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED AND JOINT MOTION OF ALL PARTIES FOR DISMISSAL WITH PREJUDICE** |
| FOOTBALL NORTHWEST LLC and NFL PROPERTIES LLC, | |
| Defendants. | |

17
18

### I.   STIPULATED AND JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

19
20
21
22

Plaintiff PBTM LLC, defendant Football Northwest LLC, and defendant NFL Properties LLC, through their respective counsel of record, stipulate and agree to and jointly request that the Court enter the subjoined order (1) dismissing this action in its entirety with prejudice; (2) directing that all parties shall bear their own respective attorney fees and costs in connection with this action; and (3) directing the Clerk to enter judgment accordingly.

23  ////

24  ////

25  ////

26

## II. ORDER GRANTING STIPULATED AND JOINT MOTION OF ALL PARTIES FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulated and joint motion of the parties, and the Court having previously vacated the pretrial deadlines and trial date (Dkt. #72),

IT IS HEREBY ORDERED THAT: (1) this case is hereby DISMISSED WITH PREJUDICE; and (2) no party is awarded any attorney fees or costs from or against any other party.

Dated this 21st day of September, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge